STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Steven Patrick Mansour
Attorney at Law
P. O. Box 13557
Alexandria LA 71315

Loren Marc Lampert
Attorney at Law
P. O. Box 1928
Alexandria LA 71309

### REHEARING ACTION: February 4, 2009

**Docket Number: 08   00794-CA**

**GERALD BORDELON, ET AL.**
**VERSUS**
**CITY OF ALEXANDRIA**

**Appealed from Rapides Parish Case No. 198,159**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Billy Howard Ezell**
   **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gerald Bordelon, et al** has this day been

   **DENIED.**
   Ezell, J., would grant.

cc: Howard Battle Gist  III, Counsel for the Appellant
    Leo Charles Hamilton, Counsel for the Appellant